**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS CEVALLOS-BERMEO, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> ROY L. HENDRICKS, et al., : <br> : <br> Respondents. : | Civil No. 04-1469 (FSH) <br><br> **O R D E R** |

For the reasons set forth in the Court's Opinion filed herewith,

It is on this 6th day of January, 2006,

ORDERED that the application for a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and it is further

ORDERED that a certificate of appealability will not issue because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

　　　　　　　　　　　　　　　　/s/ Faith S. Hochberg
　　　　　　　　　　　　　　　　United States District Judge